United States District Court
Northern District of California

1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    AUTOMOTIVE INDUSTRIES PENSION
     TRUST FUND, et al.,                          Case No.  15-cv-04815-DMR

8                     Plaintiffs,

9             v.                                  **ORDER TO SUBMIT SUPPLEMENTAL
                                                  BRIEFING IN SUPPORT OF MOTION
10   REINEGGER FRAME AND WHEEL, INC.,             FOR DEFAULT JUDGMENT**

11                    Defendant.                  Re: Dkt. No. 20

12            On May 19, 2016, Plaintiffs Automotive Industries Pension Trust Fund and Automotive

13   Industries Welfare Trust Fund and their Trustees ("Plaintiffs") filed a motion for default judgment.

14   [Docket No. 20.]  Having reviewed that motion, the court determines that Plaintiffs' accounting of

15   its attorneys' fees requires further support.  While the Declaration of Anne M. Bevington [Docket

16   No. 23] provides an employment background for Bevington and paralegal Julia Jellen, for whom

17   attorney's fees are requested, the Declaration does not indicate how the hours were spent.  Plaintiff

18   requests ten (10) hours for Bevington's work on this matter and thirty-five (35) hours for Paralegal

19   Jellen's work without further explanation.  Bevington Decl. ¶¶ 14-15.

20            Plaintiff must submit a more detailed accounting sufficient to support Plaintiff's requested

21   award of reasonable attorneys' fees for litigating this action, with enough detail such that the court

22   may determine whether the time spent was "excessive, redundant, or otherwise unnecessary."

23   *Hensley v. Eckerhart,* 461 U.S. 424, 434 (1983); *Bd. of Trs. of the Boilermaker Vacation Trust v.*

24   *Skelly, Inc.*, 389 F. Supp. 2d 1222, 1226 (N.D. Cal. 2005) (analyzing the declarations regarding

25   attorney time expended on motion for default judgment to determine a reasonable award of

26   attorneys' fees); *see also* N.D. Cal. Civ. L.R. 54-5.

27            Plaintiffs shall submit additional briefing **by 1 p.m. on June 10, 2016** to address the above

28   deficiency in the motion for default judgment.  Any opposition or statement of non-opposition is

due no later than June 17, 2016.

Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: June 3, 2016

_____
Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California